174 So. 904

**H. D. POLLARD, Receiver of Central of Georgia R. Co., v. Mrs. Ralph WILL-BANKS.**

6 Div. 71.

Court of Appeals of Alabama.
May 18, 1937.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellant.

Chas. W. Greer, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.